FILED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Cesar Facio<br><br>Defendant. | Case No. 11 - 0029 - AHM-3<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>lack of sufficient</u>

bail resources; substance abuse history; prior failure to compliance with probation office

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: criminal history; felony conviction while on supervised release; substance abuse; gang ties

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/13/2021

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE